**In re Ann Marie PRICE, Debtor.**

**MULTNOMAH COUNTY DISTRICT AT-TORNEY'S OFFICE and Victims Assistance Program, Plaintiffs–Appellants,**

v.

**Ann Marie PRICE, Defendant–Appellee.**

**No. 89–35482.**

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 5, 1990.*

Decided Nov. 23, 1990.

Douglass E. Beloof, Office of the Dist. Atty., Multnomah County, Portland, Or., for plaintiffs-appellants.

Dennis A. Boardman, Boardman & Wong, Portland, Or., for defendant-appellee.

Before WRIGHT, CHOY and THOMPSON, Circuit Judges.

ORDER

On the authority of *Pennsylvania Dept. of Public Welfare v. Davenport,* —— U.S. ——, 110 S.Ct. 2126, 109 L.Ed.2d 588 (1990), we affirm the decision of the district court that a state criminal restitution obligation is dischargeable under Chapter 13 of the Bankruptcy Code.